IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAMUEL ALLAN McCORMICK,      )
                             )
    Petitioner,              )
                             )    CIVIL ACTION NO.
    v.                       )      2:16cv786-MHT
                             )           (WO)
CHRISTOPHER GORDY, Warden,   )
Limestone Correctional       )
Facility, and LUTHER         )
STRANGE, Attorney General    )
for the State of Alabama,    )
                             )
    Respondents.             )
```

ORDER

Upon consideration of petitioner's objections (doc. nos. 26, 32, 35, & 39), it is ORDERED that said objections are overruled. This court does not have jurisdiction over habeas corpus proceedings under 1975 Code of Alabama § 15-21-1, et seq.; petitions under that statute can only be heard in Alabama state courts.

DONE, this the 15th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE