IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL ALLAN McCORMICK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv786-MHT |
| | ) | (WO) |
| CHRISTOPHER GORDY, Warden, | ) | |
| Limestone Correctional | ) | |
| Facility, and LUTHER | ) | |
| STRANGE, Attorney General | ) | |
| for the State of Alabama, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

It is ORDERED that petitioner's motion for contempt of court order (doc. no. 36) is denied.

DONE, this the 15th day of November, 2016.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE