IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAMUEL ALLAN McCORMICK,      )
                             )
    Petitioner,               )
                             )         CIVIL ACTION NO.
    v.                       )          2:16cv786-MHT
                             )              (WO)
CHRISTOPHER GORDY, Warden,   )
Limestone Correctional       )
Facility, and LUTHER         )
STRANGE, Attorney General    )
for the State of Alabama,    )
                             )
    Respondents.              )
```

ORDER

Upon consideration of plaintiff's motions for immediate release or immediate action, it is ORDERED that the orders of the magistrate judge (doc. nos. 38, 41 & 43) are adopted as the order of the court and that the motions (doc. nos. 37, 40 & 42) are denied.

DONE, this the 15th day of November, 2016.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE