IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL ALLAN MCCORMICK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv786-MHT |
| | ) | (WO) |
| CHRISTOPHER GORDY, Warden, | ) | |
| Limestone Correctional | ) | |
| Facility, and LUTHER | ) | |
| STRANGE, Attorney General | ) | |
| for the State of Alabama, | ) | |
| | ) | |
| Respondents. | ) | |

### ORDER

Upon consideration of plaintiff's "Emergency Notice for Personal Safety," which the court construes containing as a motion for an immediate hearing, it is ORDERED that the motion (doc. no. 33) is denied.

DONE, this the 15th day of November, 2016.

                                       /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**