IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SAMUEL ALLAN McCORMICK,          )<br>                                 )<br>     Petitioner,               )<br>                                 )<br>     v.                          )<br>                                 )<br>CHRISTOPHER GORDY, Warden,  )<br>Limestone Correctional     )<br>Facility, and LUTHER       )<br>STRANGE, Attorney General  )<br>for the State of Alabama,  )<br>                                 )<br>     Respondents.              ) | CIVIL ACTION NO.<br>  2:16cv786-MHT<br>       (WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court:

(1) Petitioner's objection (doc. no. 64) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 57) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied as time-barred.

(4) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of November, 2016.

                    /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**