IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SAMUEL ALLAN McCORMICK,      )
                             )
     Petitioner,             )
                             )      CIVIL ACTION NO.
     v.                      )      2:16cv786-MHT
                             )         (WO)
CHRISTOPHER GORDY, Warden,   )
Limestone Correctional       )
Facility, et al.,            )
                             )
     Respondents.            )

ORDER

This cause is now before the court on petitioner's motion for certificate of appealability (doc. no. 112). To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 3rd day of October, 2019.

                    /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE